IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SCOTT BRADY                                                                      PETITIONER
ADC #610273

V.                                        NO. 5:08cv00147 SWW

LARRY NORRIS, Director,                                                  RESPONDENT
Arkansas Department of Correction

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) and Petitioner's motion for summary judgment (doc. 13) are denied, dismissing this case in its entirety, with prejudice.

IT IS SO ORDERED this 20th day of November, 2008.


                                                                    /s/Susan Webber Wright

                                                                    UNITED STATES DISTRICT JUDGE